■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FINGERS, Also Known as LOUIS FINGERS, Appellant. —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, Mattina, J.—criminal possession of stolen property, second degree, and another offense.) Present—Dillon, P. J., Doerr, Pine, Lawton and Schnepp, JJ.

■ In the Matter of JOHN ROSS, Appellant, v FAMILY REUNION PROGRAM COMMISSIONER OF ALBANY, Respondent.—Appeal unanimously dismissed, without costs (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.